# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| OTIS SMITH, Individually and<br>On behalf of those similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORTECH, LLC and<br>KIMBERLY-CLARK CORPORATION,<br><br>　　　　Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:17-CV-00734 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CORTECH, LLC

In accordance with FEDERAL RULE OF CIVIL PROCEDURE 7.1, Defendant Cortech, LLC states as follows:

Cortech, LLC does not have a parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

**GORDON & REES SCULLY MANSUKHANI**

_[signature]_

**KIRSTIE M. SIMMERMAN**
State Bar No. 24083858
ksimmerman@gordonrees.com
**DAVID A. SCOTT**
State Bar No. 17894515
dscott@gordonrees.com
2200 Ross Avenue, Suite 4100W
Dallas, Texas 75201
214-231-4660 (Telephone)
214-461-4053 (Facsimile)
**ATTORNEYS FOR DEFENDANT
CORTECH, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of records who are deemed to have consented to electronic service are being served on the 20th day of November, 2017 with a copy of this document, via the Court's CM/ECF system.

| | |
|---|---|
| Charles W. Branham, III | Karl Gustav Nelson |
| Rachel C. Moussa | GIBSON DUNN & CRUTCHER |
| DEAN OMAR & BRANHAM, LLP | 2100 McKinney Ave., Ste 1100 |
| 302 N. Market Street, Suite 300 | Dallas, Texas 75201 |
| Dallas, Texas 75202 | knelson@gibsondunn.com |
| tbranham@dobllp.com | |
| rmoussa@dobllp.com | ATTORNEYS FOR DEFENDANT |
| | KIMBERLY-CLARK CORPORATION |
| ATTORNEYS FOR PLAINTIFF | |

_[signature]_

David A. Scott