# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| OTIS SMITH, Individually and on behalf of those similarly situated, § § § § § | | |
| Plaintiff, § | | |
| vs. § | CIVIL ACTION NO. 4:17-cv-734 | |
| § | | |
| CORTECH, LLC and § | JURY TRIAL REQUESTED | |
| KIMBERLY-CLARK § | | |
| CORPORATION, § § | | |
| Defendants. § | | |

**PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, FOR A STAY OF DEFENDANT KIMBERLY-CLARK'S MOTION FOR A MORE DEFINITIVE STATEMENT, AND FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff Otis Smith ("Plaintiff" or "Smith"), on behalf of himself and others similarly situated, by and through his counsel, files this Unopposed Motion for Leave to File a First Amended Complaint, for a Stay of Defendant Kimberly-Clark's Motion for a More Definite Statement, and for an Extension of Time for Defendants to Respond to Plaintiff's First Amended Complaint.

1. On October 12, 2017, Plaintiff filed his collective action complaint against Defendants CorTech, LLC ("CorTech") and Kimberly-Clark Corporation ("Kimberly-Clark") (collectively, "Defendants") (Dkt. No. 1).

2. On November 28, 2017, Kimberly-Clark filed a Motion for a More Definite Statement (Dkt. No. 8).

1

3. After meeting and conferring, Plaintiff agreed to amend his complaint to address the deficiencies asserted in Kimberly-Clark's Motion for a More Definite Statement on or before December 22, 2017.

4. To the extent that the Court grants Plaintiff's request to file a first amended complaint, Plaintiff asks the Court (i) to stay Kimberly-Clark's Motion for a More Definite Statement indefinitely and (ii) grant an extension of time, to and including Friday, January 19, 2018, in which both Defendants are to respond to Plaintiff's first amended complaint.

5. On December 4, 2017, Kimberly-Clark confirmed it does not oppose Plaintiff's request for leave to file a first amended complaint. In so far as the court grants Plaintiff's request for leave to file a first amended complaint, Kimberly-Clark does not oppose an indefinite stay of its Motion for a More Definite Statement or an extension of time for Defendants to respond to Plaintiff's first amended complaint.

6. On December 4, 2017, CorTech confirmed it has no objection to this motion.

Respectfully submitted,

*/s/ Charles W. Branham, III*
Charles W. Branham, III (TX 24012323)
Rachel C. Moussa (TX 24097488)
**DEAN OMAR & BRANHAM, LLP**
302 N. Market Street, Suite 300
Dallas, TX 75202
214-722-5990 / 214-722-5991 (fax)
tbranham@dobllp.com
rmoussa@dobllp.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2017, the foregoing document was electronically submitted to the clerk of the court for the United States District Court, Eastern District of Texas, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

*/s/ Charles W. Branham, III*
Counsel for Plaintiff