Case 4:17-cv-00734-ALM   Document 10-1   Filed 12/05/17   Page 1 of 1 PageID #: 86

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OTIS SMITH, Individually and on behalf of those similarly situated, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-cv-734 |
| CORTECH, LLC and KIMBERLY-CLARK CORPORATION, | § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

**ORDER GRANTING PLAINTIFF'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT, FOR A STAY OF DEFENDANT KIMBERLY-CLARK'S MOTION FOR A MORE DEFINITIVE STATEMENT, AND FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Came on to be heard Plaintiff's Unopposed Motion for Leave to File a First Amended Complaint, for a Stay of Defendant Kimberly-Clark's Motion for a More Definitive Statement, and for an Extension of Time for Defendants to Respond to Plaintiff's First Amended Complaint (the "Motion"). It appearing that good cause for granting the Motion exists, it is hereby

ORDERED that the Motion is granted.