UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OTIS SMITH, Individually and on behalf of those similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:17-cv-734 |
| CORTECH, LLC and KIMBERLY-CLARK CORPORATION, | § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

**JOINT MOTION TO EXTEND THE DEADLINE TO**
**COMPLETE INITIAL MANDATORY DISCLOSURES**

On November 30, 2017, the Court entered an Order directing the parties to complete initial mandatory disclosures by January 2, 2018. (Dkt. #9). In light of conflicts created by the upcoming holidays, Plaintiff Otis Smith, Defendant CorTech LLC, and Defendant Kimberly-Clark Corporation jointly respectfully request that the deadline to complete initial mandatory disclosures be extended for three days until January 5, 2018.

Dated: December 20, 2017

                                                                                                      Respectfully submitted,

Karl G. Nelson
Texas Bar No. 14900425
KNelson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
Tel: (214) 698-3100
Fax: (214) 571-2900

COUNSEL FOR DEFENDANT
KIMBERLY-CLARK

David Scott
Texas Bar No. 17894515
dscott@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
2200 Ross Avenue, Suite 4100 West
Dallas, TX 75201
Tel: (214) 231-4145
Fax: (214) 461-4053

COUNSEL FOR DEFENDANT CORTECH

*/s/ Charles W. Branham, III*
Charles W. Branham, III
Texas Bar No. 24012323
tbranham@dobllp.com
Rachel C. Moussa
Texas Bar No. 24097488
rmoussa@dobllp.com
DEAN OMAR & BRANHAM, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
Tel: 214-722-5990
Fax: 214-722-5991

COUNSEL FOR PLAINTIFF

Joint Motion to Extend the Deadline to Complete Initial Mandatory Disclosures – Page 2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on December 20, 2017, the foregoing document was electronically submitted with the clerk of the court for the United States District Court, Eastern District of Texas, using the electronic case file system of the court. The electronic case file system sent a "Notice of Electronic Filing" to all counsel of record.

                                                                                    Karl G. Nelson

                                                                                     COUNSEL FOR DEFENDANT
                                                                                      KIMBERLY-CLARK